IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Brandon Lee Rupprecht,<br><br>        Petitioner,<br><br>-vs-<br><br>Colby Braun, Warden,<br><br>        Respondent. | Case No. 3:16-cv-26<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Brandon Lee Rupprecht's habeas petition be dismissed without prejudice.[1]

The court, having reviewed the Report and Recommendation and the entire file, finds the magistrate judge's analysis is appropriate. The court hereby **ADOPTS** the Report and Recommendation in its entirety. For the reasons set forth therein, Respondent's motion to dismiss[2] is **DENIED**. Rupprecht's motion to dismiss[3] is **GRANTED** and his habeas petition is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 8th day of August, 2016.

                                                          */s/ Ralph R. Erickson*
                                                          Ralph R. Erickson, Chief Judge
                                                          United States District Court

---

[1] Doc. #18.

[2] Doc. #10.

[3] Doc. #16.